**Opinion issued June 15, 2021**



In The

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-21-00149-CV

_____

## IN RE CARL EMMANUEL LEWIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Carl Emmanuel Lewis filed a petition for writ of mandamus asserting the trial court abused its discretion "by allowing [Real Party in Interest's] Notice of Submission on Motion to Enter Judgment after Remand over Relator's objection to same, and denying Relator's request for oral hearing regarding same." Relator requests this Court to order the trial court to reverse its decision "that only

allowed entry by submission, and remand the case to the trial court with an ORDER to the judge to follow the law for further proceedings."[1]

We deny the petition. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.

---

[1] The underlying case is *Bridney R. Yancy, Individually and on behalf of Carltrell M. Lewis v. Carl E. Lewis*, Cause Number 2019-15182, pending in the 280th District Court of Harris County, Texas, the Honorable Barbara J. Stalder presiding.